UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AJANI JACKSON,<br><br>Defendant. | No. 2:16-cv-2567-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed two motions requesting preliminary injunctions. ECF Nos. 55 & 56. Defendant is directed to file an opposition or a statement of non-opposition to the motions within 21 days of the date of this order.

So ordered.

DATED: February 21, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE