Bobby James Williams COCR# K-08880
<br>Name and Prisoner/Booking Number
<br>Salinas Valley State Prison
<br>Place of Confinement
<br>P.O. Box 1050
<br>Mailing Address
<br>Soledad, California. 93960
<br>City, State, Zip Code

**FILED**

MAR 0 8 2018

CLERK, U.S DISTRICT COURT
<br>EASTERN DISTRICT OF CALIFORNIA
<br>BY _____ DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Bobby James williams
<br>(Full Name of Plaintiff)          Plaintiff,

v.

(1) Doctor Ajani Jackson
<br>(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
<br>                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:16-CV- 2567  MCE EFB
<br>(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
<br>**BY A PRISONER**

☐ Original Complaint
<br>☒ First Amended Complaint
<br>☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____

2.   Institution/city where violation occurred: California Health Care facility P.O. Box 32050 Stockton CA 95215

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _AJANI JACKSON_. The first Defendant is employed as:
   _Psychiatrist_ at _California Health Care Facility_.
        (Position and Title)                (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
        (Position and Title)                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
        (Position and Title)                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
        (Position and Title)                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _2_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Bobby James Williams_ v. _Chino STATE Prison_
      2. Court and case number: _N/A Don't Remember having one_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _I believe it was dismissed because noone was ever served_

   b. Second prior lawsuit:
      1. Parties: _Bobby James williams_ v. _Salinas Valley State Prison Warden et al._
      2. Court and case number: _don't remember_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _SETTLED And Told NoT To MENTion it buT I guess I have to Now._

   c. Third prior lawsuit:
      1. Parties: _Bobby James Williams_ v. _Governor Jerry Brown et al._
      2. Court and case number: _16-cv-02648-GPC-DHB_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First Amendment Retaliation Eighth Amendment Right to Cruel and unusual Punishment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1) Plaintiff alleges on 2-25-2016 Plaintiff was housed at California Health Care Facility P.O. Box 32050 Stockton California 95215. being treated by Psychiatrist Doctor A. Jani Jackson for Bi Polar and depression.

   2) Plaintiff alleges on 2-25-2016 Dr. Jackson had a consultation and conversation with Plaintiff about Psychotropic medication where in Dr. Jackson asked Plaintiff if he wanted to take Thorazine a Psychotropic medication.

   3) Plaintiff alleges at that time on 2-25-16 Plaintiff informed Dr. Jackson he had Leukemia and all Psychotropic medication would lower his white and red blood cell count(s) which could and would make or cause Plaintiff to have No Immune System or become Neotropenic which would Kill Plaintiff.

   4) Plaintiff alleges Dr. Jackson Reviewed Plaintiff medical record and agreed that taken Psychotropic Medication would have a fatal effect on Plaintiff's Health and life.

   5) Plaintiff alleges on 3-28-2016 Plaintiff was housed at California Health Care Facility in B303A Bed 126 When Psychiatrist Dr. A. Jackson Placed Plaintiff on 10 minute Staggered and solo status for Safety observation in the last week of 3-28-2016 (See Exhibit-1, Page-3) which is also known as Suicide watch without Plaintiff ever indicating to anyone he was Suicidal.

   6) Plaintiff alleges suicide watch is only triggered when a patient indicates he wants to kill himself or someone else at the Present time or moments.

   FACTS CONTINUED ON PAGE 3-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Plaintiff has Suffered and Continues Suffering General damages deliberate indifference violation of Mandatory duties, cruel and unusual Punishment unauthorized injury and Punishment to a Prisoner Fear Mental stress Mental anguish, Grief Feelings of helplessness, frustration, humiliation; Intimidation, loss of sleep, Insomnia, Suicidal and Violence ideology, and Complete loss of faith in Public officials and Institutions, "See Paragraph -19 of Facts"

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. See Exhibit 2 also Plaintiff exhausted available administrative remedies by timely Presenting inmate/Parolee appeal log CHCF-QSH-16-00253/QSH-CHCF HC 16-000030 to the First Level of Review where it was cancelled Exhausting Any Remedy Plaintiff had in CDCR once an official told Plaintiff he had No Further Remedies within CDCR to Pursue.

7)   Plaintiff alleges he was compliant with all of his medication with the exception of Rimcun a antidepressant that Dr. Jackson increased without consultation with Plaintiff which do to Plaintiffs Leukemia concercos. Plaintiff was worried about possible complications with the sudden unknown reason for the increase of his Rimcun with no warning.

8)   Plaintiff alleges everytime he tried to ask Dr. Jackson about the sudden unknown increase in his Rimcun Dr. Jackson would become Hostile and bark orders at Plaintiff saying whatever I tell you to do you must do it without question which made Plaintiff more fearful or apprehensive of Dr. Jackson.

9)   Plaintiff alleges Dr. Jackson's attitude towards Plaintiff became so contemptible and Hostile over simple questions asked by Plaintiff in relation to his medications and his Leukemia that Dr. Jackson became mentally abusive towards Plaintiff until:

10)   April 7, 2016 Plaintiff alleges Dr. Jackson falsified (see Exhibit-2, Page 1 of 12) a Emergency medication-72-Hour-Notice-of-Involuntary medication ORDER Known as a Keyhea v. Rushen Supra (see Exhibit-1 Page 11 Number 9) in retaliation for Plaintiff questioning Dr. Jackson raising his Rimcun without Notice.

11)   Plaintiff alleges Dr. Jackson initiated the Keyhea order with the full Knowledge of Plaintiff Leukemia history Knowing that any Psychotropic medication would kill Plaintiff.

12)   Plaintiff alleges all Keyhea medications are Psychotropic medications that will kill Plaintiff if Plaintiff was ordered to take them.

13)   Plaintiff alleges Dr. Jacksons initiation of the Keyhea order was deliberate indifference to Plaintiffs serious medical condition and serious mental condition and caused Plaintiff severe mental Anguish and severe emotional destress, and severe suicidal ideology.

14)   Plaintiff alleges the only time he became suicidal under Dr. Jacksons care was when Dr. Jackson initiated the fake or fraudulent Keyhea order which caused Plaintiff to become Gravely suicidal Plaintiff believes Dr. Jackson was going to use the Court to kill him which caused Plaintiff irreplacable mental anguish and

emotional destress, Plaintiff never reported his suicidal ideology to anyone out of fear.

15) Plaintiff alleges Dr. Jackson initiated the fake KeyHea order to cause Plaintiff severe, severe mental anguish and emotional destress and grave suicidal ideology. However, Plaintiff had no plan to kill himself in any way.

16) Plaintiff alleges Defendant Jackson violated their Mandatory duties and Plaintiff's Eight amendment right to cruel and unusual punishment Clause to the UNITED STATES Constitution when Jackson committed the alleged act, has above.

17) Plaintiff alleges there was no legitimate penalogical Justification for Jacksons behavior other than for the purchse of causing Plaintiff pain and harm.

18) Plaintiff alleges 15 CCR. 3000(5)(c), CCR 3291(a), CC 1708, and the 8th Amendment of the united states Constitution cruel and unusual Punishment clause were enacted to prevent the injury and damage Plaintiff has suffered, and that Plaintiff is one of the class of persons those regulations and constitutional amendment were designed to protect.

19) Plaintiff alleges that defendant Jackson acting under state law and without legal penological Justification, was the legal (proximate) cause of damages to Plaintiff. By Jackson's acts or omissions to act defendant intentionally with in CC 1714 (a) and the cruel and unusual punishment clause of the U.S. Constitution 8th amendment caused the continuing damages, in the above facts to Plaintiff at California Health Care Fac. y. yy P.O. Box 32050 Stockton California 95215 on 3.28.2016 and 4.7.2016.

20) Defendant Jackson has a Mandatory duty to enforce all laws and Regulations governing the activities of Plaintiff rights; The cruel and unusual Punishment clause of the U.S. Constitution 8th Amendment.

21) Plaintiff alleges there was no ligitimate Penalogical Justification for this despicable oppressive conduct by defendants and no reasonable Person could have believed the conduct would not cause injury.

22) Plaintiff believes and alleges defendant Jackson acted as stated above in these facts for the Purchse of causing Plaintiff undue severe mental and emotional stress and severe anguish causing Plaintiff injury.

23) An actual controversy exists concerning the rights of Plaintiff and duties of defendant under the law and CDCR Regulations; CCP 1060

24) Defendants are not immune; Plaintiff is entitled to requested relief;

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   - ☐ Excessive force by an officer      ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?      ☐ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?      ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities         ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                              ☐ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Claim III?            ☐ Yes    ☐ No
   c.   Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes    ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

**E.  REQUEST FOR RELIEF**

State the relief you are seeking:

20,000 for deliberate indifference: 20,000 for violation of mandatory duties: 40,000 for Cruel and unusual Punishment: 30,000 for unauthorized injury and punishment to a Prisoner: 20,000 for Fears: 30,000 for Mental Stress: 50,000 for mental anguish: 20,000 for Anger: 20,000 for Feelings of helplessness: 20,000 for frustration: 20,000 for intimidation: 20,000 for loss of sleep: 10,000 for insomnia: 60,000 for Suicidal and violence ideology: 100,000 for Complete loss of Faith in Public officials and Institutions:

400,000 Punitive damages Jackson's Actions were intentional

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**2·04·2018**____                    ____Mr. Bobby J. Williams____
                        DATE                                    SIGNATURE OF PLAINTIFF

_____
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
____N/A____
_____
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

State of California
Department of Corrections and Rehabilitation
Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 9 of 27

**Involuntary Medication Notice**
Form: page 1 of 11
CDCR MH-7363 (Rev. 01/15)
Instructions: page 12 and 13

Date: 04/07/2016   Institution: CHCF   Age: 50   Gender: ☒Male   Interpreter: ☐Yes   ☒No

Bed/Cell/Dorm:126/B303A   ☐Female   Language: English

| INMATE NAME (print Last, First): | Williams, Bobby | CDCR#: | K08880 | PID#: | 11115140 |
|---|---|---|---|---|---|

## SECTION I - METHOD OF INITIATION (Choose only one):

### EMERGENCY MEDICATION - 72-HOUR NOTICE INVOLUNTARY MEDICATION STARTED

NOTICE: Clinical staff at the institution above alleges that you suffer from a serious mental illness or disorder that requires continuation of psychiatric medication beyond an initial 72-hour emergency period. As set forth in the attached declaration, your behaviors and symptoms appear to meet the legal criteria for danger to self, danger to others, or grave disability and, as specified in the attachments, you have refused to take medication for that condition. You will be brought in front of an Administrative Law Judge who will decide if you can be given psychiatric medication on an involuntary basis. A request will be filed to allow CDCR to administer psychiatric medication on an interim basis pending the full hearing in front of a judge.

Select a hearing date that is within 21 days of the day you serve this notice on the inmate.

☐

| HEARING DATE: | HEARING TIME: | HEARING INSTITUTION: |
|---|---|---|
| | | |

The inmate has been informed of this evaluation and has been advised of the need for, but has not been able or willing to accept medication on a voluntary basis. Involuntary medication began on:

| Time Involuntary Medication Started: | Date Involuntary Medication Started: |
|---|---|
| | |

| Ajani Jackson, MD | [signature] | 4/7/2016 |
|---|---|---|
| Evaluating Psychiatrist (Print): | Psychiatrist's Signature: | Date: |

### NON-EMERGENCY - NO INVOLUNTARY MEDICATION UNTIL FULL HEARING

☒

NOTICE: Clinical staff of the institution above alleges that you suffer from a serious mental illness or disorder. As set forth in the attached declaration, your behaviors and symptoms appear to meet the legal criteria for danger to self, danger to others, or grave disability and, as specified in the attachments, you have refused to take medication for that condition. You will be brought in front of an Administrative Law Judge who will decide if you can be given psychiatric medication on an involuntary basis.

Select a hearing date that is at least 21 days from the date that this is served on the inmate, but no more than 30 days from the date that this is served on the inmate.

| HEARING DATE: | HEARING TIME: | HEARING INSTITUTION: |
|---|---|---|
| May 5, 2016 | 0900 | California Health Care Facility |

| 1. Disability Code: | 2. Accommodations: | 3. Effective Communication: | |
|---|---|---|---|
| ☒ TABE score ≤ 4.0 | ☐ Additional Time | ☐ P/I asked questions | CDCR #: K08880 |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | Last Name: Williams   MI: |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | First Name: Bobby |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not Reached ☐ Reached | DOB:   12/5/1964 |
| ☐ Not Applicable | ☐ Other | | |

4. Comments: Tabe 3.2 DDP = NDD  DPPV = DLT

Exhibit-1.Page one of 14

State of California
Department of Corrections and Rehabilitation
**Involuntary Medication Notice** Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 10 of 27   Form: page 2 of 11
CDCR MH-7363 (Rev. 01/15)
Instructions: page 12 and 13

## SECTION II - BASIS:

Based on the provisional diagnosis below and contained in the attached declaration, it is alleged that the inmate is, as a result of a serious mental illness, (mark all that apply):

[X] Danger to Self          [X] Danger to Others          [ ] Gravely Disabled and Lacks Capacity to Refuse Treatment

## SECTION III - PROVISIONAL PSYCHIATRIC DIAGNOSIS:

Schizoaffective Disorder, Bipolar type

## SECTION IV - ATTORNEY:

You have been appointed an attorney who has been given a copy of this paperwork. If the Department is seeking to continue emergency medication pending full hearing, you may elect to have your attorney respond to this paperwork within 2 business days, or you may respond yourself. An attorney will represent you at your hearing.

| Attorney Name: Stephen D. Atkins | Contact Number: 925-953-8643 |
|---|---|
| Address: 903 First Street<br>          Benicia, CA 94510 | |

## SECTION V - SERVICE:

I declare under penalty of perjury that I delivered a copy of this notice (and, if applicable, declaration in support of ex-parte request for interim order, ex-parte request for interim order), and a copy of the inmate rights form CDCR MH-7366 (Rev. 01/15), Inmate Rights Notice - Involuntary Medication, and any related paperwork such as exhibits or attachments, to the attorney listed in Section IV above, and to the inmate, on the date shown below.

| Person Delivering (Print): | Signature: | Date: |
|---|---|---|
| Sharon Nine | SNINE | May 7, 2016<br>4/8/16 |

| | | |
|---|---|---|
| **Involuntary Medication Notice**<br>CDCR MH-7363 (Rev. 01/15)<br><br>Confidential Inmate-Patient Information | CDCR #:    K08880<br><br>Last Name: Williams          MI:<br><br>First Name: Bobby<br><br>DOB:    12/5/1964 | |

Exhibit-1, page 2 of 14

State of California
Department of Corrections and Rehabilitation
Involuntary Medication Notice
Case 2:16-cv-02567-MCE-EFB    Document 59    Filed 03/08/18    Page 11 of 27    Form: page 3 of 11
CDCR MH-7363 (Rev. 01/15)
Instructions: page 12 and 13

# DECLARATION IN SUPPORT OF INVOLUNTARY MEDICATION

IN RE THE MATTER OF (LAST, FIRST):  Williams, Bobby                CDCR Number:   K08880

1. I am a psychiatrist employed by  ☐ California Department of Corrections & Rehabilitation

☒ California Department of State Hospitals

2. I have made a provisional psychiatric diagnosis on the above-entitled inmate as follows:

Schizoaffective disorder, Bipolar type

DSM TR:   295.70

3. In my professional opinion, the above diagnosis constitutes a serious mental disorder, and is causing the inmate to behave in such a way that he or she meets one or more of the following criteria (mark all that apply):

☒ Danger to Self          ☒ Danger to Others          ☐ Gravely Disabled and Lacks Capacity to Refuse Treatment

4. The specific factual underpinnings for my opinion(s) follow:

5(a). If you marked **Danger to Self**, give facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is a Danger to Self:

Patient has extensive recent history of self injurious behaviors and suicide attempts in the past year. April 2015, patient cut his wrists with a staple. He also attempted to hang himself after his father passed away. On 11/15/2016, he cut his wrists stating "I wanted to die" and "thinks of different ways to do it." On 11/16/2015 patient reported worsening symptoms of depression and intense SI, with some scratches on his forearm. He has had multiple admission to crisis bed, requiring 1:1 safety observation and medication management. Per his referral packet, he was sent to DSH due to refusing to eat and refusing all of his medical medications stating "I didn't see a point, I just don't feel like fighting anymore."
Hospitalized multiple times in the community for 5150s per chart review.


Since his admission to ITP program at DSH-CHCF, over the last 2 months he has presented with delusions of paranoia and grandiosity. He has refused meals for a consecutive number of days along with refusing medications and medical work ups (vital signs). He was placed on 10min staggered and SOLO status for safety observation in the last week of 3/28/2016.

---

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #:   K08880

Last Name: Williams                MI:

First Name: Bobby

DOB:        12/5/1964

Exhibit-1, Page 3 of 14

State of California Case 2:16-cv-02567-MCE-EFB Document 59 Filed 03/08/18 Page 12 of 27 Department of Corrections and Rehabilitation
**Involuntary Medication Notice** Form: page 4 of 11
CDCR MH-7363 (Rev. 01/15) Instructions: page 12 and 13

5(b). Summarize in your clinical opinion how the above **Danger to Self** behavior is a direct consequence of the inmate's untreated, serious mental illness:

His symptoms and behaviors are triggered by interpersonal and psychosocial stresses that exacerbate his poor distress tolerance and impulsivity which leads to his self injurious behaviors and suicide attempts. His depression, neuro-vegetative sxs, mood instability and psychotic features place him at moderate to high risk of danger to self.

6(a). If you marked **Danger to Others**, provide facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is a **Danger to Others**:

3/28/16: Patient accused psychiatrist of manipulating his medications, continues to believe that staff are tampering with his food and medications, he was agitated, hostile and difficult to be redirected.

3/28/16 IDN Note: RN note references that patient was observed yelling "I rebuke you Satan"; Patient was seen kneeling by cell door yelling out "Satan". When offered to speak to Unit Supervisor patient stated " It all started with her, she is a busy body and she drops spiders all over and in my cell." He continued to yell "I rebuke you Satan, They will not get me, I need yard, I need my bible"

3/21/16: Discretionary Program Status (DPS): Patient was placed on DPS due to exhibiting aggressive behaviors towards staff by calling staff a bitch, yelling and kicking door causing his cell door to open. He exited his cell door unattended, refusing to follow staff directions resulting in the alarm to be pulled.

6(b). Summarize in your clinical opinion how the above **Danger to Others** behavior is a direct consequence of the inmate's untreated, serious mental illness:

Due to his impulsivity, paranoia and escalating agitation as a result of non-adherence to medication, he is moderate to high risk of danger to others.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

| | |
|---|---|
| CDCR #: K08880 | |
| Last Name: Williams | MI: |
| First Name: Bobby | |
| DOB: 12/5/1964 | |

Exhibit 1, Page 4 of 14

State of California
Department of Corrections and Rehabilitation
**Involuntary Medication Notice** Case 2:16-cv-02567-MCE-EFB Document 59 Filed 03/08/18 Page 13 of 27 Form: page 5 of 11
CDCR MH-7363 (Rev. 01/15)
Instructions: page 12 and 13

7(a). If you marked **Gravely Disabled**, provide facts setting forth the approximate dates, times, signs, symptoms, and behaviors that you observed or that were reported to you that would suggest the inmate is **Gravely Disabled**:

A petition based on Gravely Disabled is not being requested at this time.

7(b). Summarize in your clinical opinion how the above **Gravely Disabled** behavior is a direct consequence of the inmate's untreated, serious mental illness:

A petition based on Gravely Disabled is not being requested at this time.

8. If you are aware of any prior involuntary commitments or hospitalizations in California, or in any other state, or at the county level, provide that information:

Per Probation Officer's Report dated 5/24/1996, Mr. Williams was "diagnosed as paranoid schizophrenic in 1982. He has been prescribed medications since that time. ..." Per medical records, Mr. Williams recalls "being hospitalized multiple times within the community for 5150's, however, again could not recall the dates of these hospitalizations or the locations."
2/25/2016 to present CHCF Dept of MH Intermediate Care Facility
1/4/2016 to 2/25/2016 CHCF Dept of MH Acute Care Facility
11/1/2015 to 1/4/2016 RJD Mental Health Crisis Bed
8/11/2015 8/21/2015 LAC Mental Health Crisis Bed
4/14/2015 to 4/21/2015 HDSP Mental Health Crisis Bed
3/18/2015 to 3/24/2015 HDSP Mental Health Crisis Bed
11/26/2014 to 12/4/2014 HDSP Mental Health Crisis Bed

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

| | |
|---|---|
| CDCR #: | K08880 |
| Last Name: Williams | MI: |
| First Name: Bobby | |
| DOB: | 12/5/1964 |

State of California
Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 14 of 27   Department of Corrections and Rehabilitation
**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)                                                                Form: page 6 of 11
                                                                                         Instructions: page 12 and 13

9. If you are aware of any prior court or administrative hearing orders (*Keyhea*, MDO, etc.) authorizing involuntary medication of this inmate, please specify and give approximate dates, bases, etc.:

No known administrative hearings.

10. Did you rely upon any background, trend, or historical information about this inmate that led to your decision to petition for involuntary medication?  This could include relevant criminal convictions, institutional behavior as an adult or minor, or observed patterns of decompensation as charted by medical staff.  If so, please set forth the information you relied upon that documents the historical course of the inmate's mental disorder that would have direct bearing on your opinion that the inmate is now, or about to become, a danger to self, a danger to others, or gravely disabled, if not given medication:

His 115's date back to 1999 associated with battery on an inmate w/ a weapon, obstructing a peace officer, threat or use of force or violence against the person, IEX and cell extraction from 1999 to 2015.

Per referral from Acute Unit "...According to SRE dated 11/11/15, he related a history of >10 SA with hanging, cutting OD, swallowing objects & trying to break his neck; most recent SA was superficial cutting in 2012. ...On 10/28/15, he allegedly attacked another inmate using an inmate-manufactured weapon & stabbed the inmate multiple times, drawing blood. When interviewed, patient minimized his history of aggression and denied the most recent fight for which he has a RVR pending.  He has long history of repeated RVRs for fighting. ..."

Per Referral:  Inpatient Mental Health Services dated 11/25/15 "...Pt most recent SRE dated 11/11/15 Chronic Risk deemed HIGH and Acute risk deemed MODERATE.  Chronic Risk Factors include hx of depression and psychosis, chronic medical illness, chronis pain, hx of SA....hx of poor impulse control, perception of loss of social support, hx of violence, hx of substance use, lengthy sentence, ...Acute Risk factors include curent depression, anxiety, and suicidal ideation ..."

| **Involuntary Medication Notice**<br>CDCR MH-7363 (Rev. 01/15)<br><br>Confidential Inmate-Patient Information | CDCR #:   K08880 |
|---|---|
| | Last Name: Williams                    MI: |
| | First Name: Bobby |
| | DOB:        12/5/1964 |

Exhibit-1, Page 6 of 14

State of California

Department of Corrections and Rehabilitation

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 15 of 27   **Form:** page 7 of 11
Instructions: page 12 and 13

11. In your professional opinion, what benefits would the inmate likely experience when placed on psychiatric medication, based on your knowledge of the inmate and your review of the inmate's medical history?

The benefits of medications include, but are not limited to, increased opportunity for reality based conversation, decreased impulsivity and explosivity, decreased risk of harm due to provoking others, improved relations with staff/peers, ability to engage in meaningful interaction with significant others during visitation and improved odds of being able to provide informed consent.

12. In your professional opinion, what would the likely harm or detriment to the inmate be if not placed on psychiatric medication, based on your knowledge of the inmate and your review of the inmate's medical history?

Mr. Williams, potential detriments to failure to maintain compliance with medications include serious risk of committing an intentional or unintentional act of harm to others or himself and severely restricted social interactions. His inability to participate in his medical treatment places him at significant risk of delayed or missed health care treatment. The likely harm or detriment to the inmate if not placed on psychiatric medication would be continued decompensation, increased aggression and worse harm to self and high risk of danger to others.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #:   K08880

Last Name: Williams                MI:

First Name: Bobby

DOB:        12/5/1964

Exhibit-L Page 7 of 14

State of California    Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 16 of 27   Department of Corrections and Rehabilitation

**Involuntary Medication Notice**     Form: page 8 of 11

CDCR MH-7363 (Rev. 01/15)     Instructions: page 12 and 13

13. Discuss your clinical opinion vis a vis the following <u>three</u> factors:

I believe the inmate named in this petition should take psychiatric medications for the treatment of a serious mental disorder

[1] considering the risks, benefits, and alternatives to treatment of the above-entitled inmate with psychiatric medication, *and*

[2] the efficacy of utilizing those alternatives, *and*

[3] your reasons for not utilizing those alternatives

Successful mental health treatment is predicated on the desire to change and gain a deeper understanding of self. In his current condition, Mr. Williams possesses neither and has been unwilling to agree to treatment. Without willing and active participation, less invasive approaches toward stability would not be possible. In fact, attempts to engage Mr. Williams in nonpharmacologic therapeutic interventions, during his current state would jeopardize the safety of others.

---

**Involuntary Medication Notice**

CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

| | |
|---|---|
| CDCR #:   K08880 | |
| Last Name: Williams | MI: |
| First Name: Bobby | |
| DOB:     12/5/1964 | |

Exhibit-1, Page 8 of 14

State of California     Department of Corrections and Rehabilitation
Involuntary Medication Notice 02567-MCE-EFB   Document 59   Filed 03/08/18   Page 17 of 27   Form: page 9 of 11
CDCR MH-7363 (Rev. 01/15)     Instructions: page 12 and 13

14. I consulted with the above-entitled inmate, or attempted to consult with the above-entitled inmate, to discuss treatment alternatives, risks and benefits of medication, but the inmate would not consent to take the medication on a voluntary basis, or lacked capacity to consent. My specific efforts to advise the inmate of the risks and benefits of the prescribed course of treatment with psychiatric medication, are set forth below:

I spoke to the inmate during a confidential 1:1 setting and attempted to inform him of the risk and benefits of medication based on his current unstable mental state. I informed him that he has been found to be a danger to others and danger to self based on recent history and fixed delusions.

15. I advised, or attempted to advise, the inmate named in this petition of the side effects and risks from the proposed course of treatment with psychiatric medication on (date):    3/29/16

16. If you believe that the inmate lacked capacity to consent to the proposed course of treatment at the time you met with him or her, please set forth the basis for that conclusion here:

The patients fixed delusions prevent him from having the capacity to consent to medication because he has no insight into his illness and has exhibited poor judgement based on non-adherence to medication.

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #:   K08880

Last Name: Williams     MI:

First Name: Bobby

DOB:    12/5/1964

Exhibit 1, Page 9 of 14

State of California
Department of Corrections and Rehabilitation
Involuntary Medication Notice — Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 18 of 27   Form: page 10 of 11
CDCR MH-7363 (Rev. 01/15)
Instructions: page 12 and 13

17. The primary potential side effects and risks to the inmate from the proposed course of treatment with psychiatric medication, based on clinically appropriate information as well as upon my knowledge of this inmate's medical history, are as follows:

The most common side effects associated with antipsychotics are extra pyramidal effects (sudden, often jerky, involuntary motions of the head, neck, arms, body or eyes) dizziness, hyperactivity, tiredness, nausea, sedation, weight gain, erectile dysfunction, insomnia, gynecomastia, dry mouth, vomiting, and constipation. Antipsychotics may cause a condition called "orthostatic hypo tension" during the early phase of treatment. Orthostatic hypotension causes patients to become dizzy upon arising from a lying or sitting position because of a drop in blood pressure. Antipsychotics also may cause abnormal heart beats, sudden death, seizures, decreases in red and white blood cells and withdrawal symptoms.

Based on the foregoing, it is my professional opinion that the above-entitled inmate requires PC 2602 ordered involuntary psychiatric medication for the reasons stated above.  I declare under penalty of perjury that the foregoing is true and correct.

Dated 4/7/16 _____ at _Stockton_____ , California, in the County of _San Joaquin_____

Name of Signator (print Last, First): _Jackson, Ajani  MD_____    Signature: _____ MD

**Involuntary Medication Notice**
CDCR MH-7363 (Rev. 01/15)

Confidential Inmate-Patient Information

CDCR #:   K08880

Last Name: Williams          MI:

First Name: Bobby

DOB:        12/5/1964

Exhibit-1, Page 10 of 14

# DECLARATION OF SERVICE

Re:  In the Matter of Bobby Williams K08880.

The undersigned declares:

I am over the age of 18 years, and not a party to the above-entitled proceedings.

My business address is:

    California Department of Corrections and Rehabilitation
    Office of Legal Affairs - HQ
    P.O. Box 942883
    Sacramento, CA 94283

On April 28, 2016, I served true copies of the following documents:

Withdrawal of Petition for Judicial Determination

On:

| Stephen Atkins<br>Law Office of Stephen Atkins<br>1221 Monterey Street, Ste 3<br>Vallejo, CA  94590 | Counsel has a valid stipulation on file to accept personal service by electronic mail to this e-mail address: stephen.atkins@sbcglobal.net |
|---|---|

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 28, 2016, at Sacramento, California.

MICHELLE WINTSCH
Legal Secretary

Exhibit 1 page 11 of 14

1 | **PATRICK R. McKINNEY II**
**General Counsel**
2 | **Department of Corrections and Rehabilitation**
**THOMAS L. GILEVICH**
3 | **Assistant General Counsel**
**WILLIAM DAVIES State Bar No. 108956**
4 | **Supervising Attorney**
**Office of Legal Affairs**
5 | California Department of Corrections and Rehabilitation
1515 S Street, Rm. 314S
6 | P.O. Box 942883
7 | Sacramento, CA 94283-0001
Telephone: (916) 445-0495
8 |
9 | Attorneys for Petitioner
10 |
11 |          BEFORE THE OFFICE OF ADMINISTRATIVE HEARINGS
12 |                  FOR THE STATE OF CALIFORNIA
13 | In the Matter of                    )  No. 2016040435
14 | Bobby Williams K08880               )  **WITHDRAWAL OF**
                                        )  **PETITION FOR JUDICIAL**
15 |          Respondent.                )  **DETERMINATION**
                                        )  **RE:  INVOLUNTARY MEDICATION**
16 | Re:  Involuntary Medication         )
17 |                                     )  DATE:    May 5, 2016
                                        )  TIME:    9:00 a.m.
18 | ————————————————————               )  PLACE:   California Health Care Facility
19 |          The Department of Corrections and Rehabilitation hereby gives notice that it
20 | is withdrawing the Penal Code section 2602 matter and CDCR Form 7363 submitted
21 | to the Office of Administrative Hearings on April 8, 2016, in the above-entitled
22 | matter.
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /                              Exhibit-1, Page 12 of 14

1

2          WHEREFORE, petitioner requests that this matter be withdrawn from the

3    calendar and dismissed without prejudice.

4          DATED: April 28, 2016

5                                              PATRICK R. McKINNEY
                                               General Counsel
6

7

8                                              WILLIAM A. DAVIES
                                               Supervising Attorney
9

10                                             Attorneys for Petitioner

11   Prepared by:
     MICHELLE WINTSCH
12   Legal Secretary

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              Exhibit-1 Page 13 of 14

State of California
Department of Corrections and Rehabilitation
Case 2:16-cv-02567-MCE-EFB   Document 59   Filed 03/08/18   Page 22 of 27

**Inmate Rights Notice – Involuntary Medication**

Form: Page 1 of 1

CDCR MH-7366 (Rev. 01/15)

Instructions: Page 2

## *YOUR RIGHTS REGARDING INVOLUNTARY PSYCHIATRIC MEDICATIONS WHILE IN PRISON*

☐ **Emergency Medication Procedure: Hearing Within 21 Days of being served.** If a psychiatrist has determined that you require psychiatric medication on an emergency basis and you will not or cannot consent to take that medication on a voluntary basis, your clinician must sign and file with the Office of Administrative Hearings a form CDCR MH-7363 (Rev. 01/15) Involuntary Medication Notice no later than 72 hours after the initial medication, advising that you have been given medication on an involuntary basis.

☐ **Emergency Medication Procedure: Right To Attorney.** At the time you receive this form, the law requires that an attorney be appointed. The name of your appointed attorney is written on Form CDCR MH-7363 (Rev. 01/15), Involuntary Medication Notice which is the form used to initiate involuntary medication. The law requires that you be given a copy of this paperwork.

☐ **Emergency Medication Procedure: 2 Business Days To Object To Being Medicated Pending Your Full Hearing.** At the time involuntary medication is initiated, you, or your appointed attorney, have two business days to file a written objection to being medicated on an interim basis pending your full hearing in front of a judge. You may send your written objections to the Office of Administrative Hearings, 2349 Gateway Oaks, Suite 200, Sacramento, CA 95833, or via mail to: keyheafilings@dgs.ca.gov.

☒ **Inmate Rights Under Penal Code Section 2602 – Administration of Psychiatric Medication – All Hearings.**

  ☒ If a psychiatrist determines that you should be required to take psychiatric medications to address a serious mental illness and you either will not consent or lack the capacity to consent, you have the right to a timely hearing in front of an administrative law judge, conducted in an impartial and informal manner;

  ☒ You have the right to an attorney to represent you in the mental health hearing, and, assuming you cannot afford an attorney, by default, an attorney has been appointed to represent you;

  ☒ You must be physically present at your hearing unless you waive your presence either in person, through your attorney, or through an agent of the court (such as the Medication Court Administrator). Your waiver of your right to appear at the hearing will only be granted if the judge finds that you have knowingly, intelligently, and voluntarily waived your right to appear at the hearing;

  ☒ You have the right to present evidence, call witnesses, and testify on your own behalf;

  ☒ Your attorney shall have access to your medical records and files, but not the confidential portion of your C-file;

  ☒ You have the right to have your attorney cross-examine the psychiatrist and other persons who allege that you have a serious mental illness and need to be involuntarily medicated;

  ☒ You have the right to 21-days-notice of a non-emergency hearing, unless your attorney agrees to a different time period;

  ☒ Non-emergency hearings must be held within 30 days after the filing of notice with the Office of Administrative Hearings, unless a different time period is agreed to by your attorney.

☒ **Post-Hearing Remedies.** If you disagree with the ruling of the administrative law judge, you may file *in propria persona* a petition for writ of administrative mandamus pursuant to California Code of Civil Procedure 1094.5, or you may file a petition for writ of habeas corpus with the superior court in the county in which you are confined or in the county in which the case was heard.

☒ **Reconsideration.** You have a right to file one motion for reconsideration over the course of a year if a judge has determined that you should receive involuntary medication, and may seek to present new evidence, upon good cause shown.

☒ **Privacy.** Your relatives are not notified of this proceeding. If you want them notified, advise the Medication Court Administrator and provide contact instructions.

☒ **Renewal of the Order.** Medication orders last for one year. You are entitled to at least 21 days written notice if the Department of Corrections and Rehabilitation intends to renew your involuntary medication order.

**Person Explaining These Rights To Inmate:**

| Printed Name | Signature | Date Signed |
|---|---|---|
| Sharon Nine | *SNine* | 04/08/2016 |

| 1. Disability Code: | 2. Accommodations: | 3. Effective Communication: | |
|---|---|---|---|
| ☒ TABE score ≤ 4.0 | ☒ Additional Time | ☐ P/I asked questions | CDCR #:   K08880 |
| ☐ DPH  ☐ DPV  ☐ LD | ☐ Equipment   ☐ SLI | ☐ P/I summed information | Last Name: WILLIAMS |
| ☒ DPS  ☐ DNH | ☐ Louder   ☒ Slower | **Please check one:** | First Name: BOBBY         MI: |
| ☐ DNS  ☐ DDP | ☒ Basic   ☐ Transcribe | ☐ Not Reached ☒ Reached | DOB:        12/5/1964 |
| ☐ Not Applicable | ☐ Other | | |

4. **Comments:**  TABE 3.2 DDP = NDD  DPPV = DLT

**State of California**
**Department of State Hospitals**
**CDC FORM 695**
**Screening For:**
CDC 602 lnmate /Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation

Re: Screening at the **First** Level

June 9, 2016

Williams, Bobby (K08880)
RJD-Facility B
B 006 1-123001L

Log Number:    CHCF-DSH-16-00253/DSH-CHCF HC 16000030
(Note: Log numbers are assigned to all appeals for tracking purposes)

The enclosed documents are being returned to you for the following reasons:

Your appeal is cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR)
3084.6(c)(1) **Paroled or Discharged**    A review of the Offender Based Information System indicated
you have were discharged from DSH-Stockton. Due to your discharged status, your Mental Health care is
no longer under the jurisdiction of DSH and the action or decision being appealed in not within
administrative remedies.

- Since you are no longer housed at DSH-Stockton the administrative remedies that you
  were requesting are not within our jurisdiction.

*T. Muhammad*

Appeals Coordinator
DSH-Stockton

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the
appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8{b).   Pursuant to CCR 3084.6{e), once
an appeal has been cancelled, that appeal may not be resubmitted.   However, a separate appeal can be filed on
the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

Exhibit-2 Page 1 of 5

***PERMANENT APPEAL ATTACHMENT DO NOT REMOVE***

**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)

CHCF-DSH-16-00253

Page 1 of 2

| STAFF USE ONLY | Institution: | Log #: | Category: |
|---|---|---|---|
| Emergency Appeal? ☐ Yes ☒ No | DSH CHCF 16000030 | | |
| Signature: Date: 5/10/16 | CHCF HC 16005576 | | |
| | FOR STAFF USE ONLY | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): Williams, Bobby | CDCR Number: K08880 | Unit/Cell Number: FacB3A-126 | Assignment: DSH ITP |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): Psychiatric transfer to ASH State Hospital

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): Due To A FAKE application For 2602 (KEYHA), And Fake Stagger 10min Watch, I Respectfully Request an immediate transfer to ASH STATE Hospital. I'm not SAFE here. This false "KEYHA" order WAS Retaliation For me filing so many administrative appeals.

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): Due to my Treatment team forged application to the Courts, and false Stagger 10min watches, has placed extra Mental Pressure unnecessarily upon me Mentally. I request an Immediate transfer to HSH STATE Hospital or A Hospital I will be Safe.

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☒ No, I have not attached any supporting documents. Reason: I WAS NEVER given my Form 22 Back from Dr. Jackson...

| Patient-Inmate Signature: Mr. Bobby G. Williams | Date Submitted: 5-5-2016 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

**SECTION C. FIRST LEVEL - Staff Use Only**   Check One: Is CDCR 602-A attached? ☐ Yes ☒ No
Check One: Is this a recategorized/converted 1824? ☐ Yes ☒ No

☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction): Date: 5/13/16 Date: _____ Date: _____ Date: _____
☒ Cancelled (See attached letter): Date: 6/9/16
☐ Accepted   Assigned to: DSH Appeals Office Title: AC Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation | 3. Effective Communication | Interview conducted? ☐ Yes ☐ No |
|---|---|---|---|
| ☒ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4.Comments: | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date closed and mailed/delivered to appellant: _____ |

JUN 08 2016    MAY 13 2016

RECEIVED CHCF MAY 0 2016 HC APPEALS

Exhibit-2 Page 2 of 5

DSH APPEALS    DSH APPEALS

**State of California**
**Department of State Hospitals**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate /Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation

Re: Screening at the FIRST Level

May 13, 2016

Williams, Bobby (K08880)
DSH Stockton
B 303A112001LW

Log Number:  CHCF-DSH-16-00253/DSH-CHCF HC 16000030
(Note: Log numbers are assigned to all appeals for tracking purposes)
The enclosed documents are being returned to you for the following reasons:

Your appeal has been rejected pursuant to the California Code of Regulations, **Title 15, Section (CCR) 3084.6(b)(3).** You have exceeded the allowable number of appeals in a 14 day calendar period. You may only submit one non-emergency appeal within a 14 day period.

Please resubmit your appeal on or after May 27, 2016 but no later than June 3, 2016

*T. Muhammad*

Appeals Coordinator
DSH-Stockton

RECEIVED

JUN 0 8 2016

DSH APPEALS

RECEIVED
CHCF
MAY 5 2016
HC APPEALS

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8{b).   Pursuant to CCR 3084.6{e), once an appeal has been cancelled, that appeal may not be resubmitted.   However, a separate appeal can be filed on  the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
***PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE*** Exhibit 2, Page 4 of 5

ATTACHMENT

Version 4.4.0

Release Note
Summary   Bed Inventory   ADA/EC History

Generate Reports / Get Help / Report a Problem / Log Out

CDC # : K08880   [ Search ]         CDC Number: K08880, WILLIAMS, BOBBY JAMES

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | K08880 [Other] |
| Name: | WILLIAMS, BOBBY JAMES |
| Institution: | California Health Care Facility,Stockton |
| Bed Code: | B 303A1126001LW |
| Placement Score: | 187 |
| Custody Level: | Close A |
| Housing Pgm: | ICF - DMH Intmed Care |
| Housing Restrictions: | Ground Floor-Limited Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NDD |
| Effective Date: | 02/24/2009 |
| DPP Codes: | DLT [History] |
| 1845 Date: | 06/16/2015 |
| MHSDS Code: | ICF |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 3.2 |
| TABE Date: | 02/10/2014 |
| Durable Medical Equipment: | Dressing/Catheter/Colostomy [Info] Supplies, Mobility Vest |
| Last Accomm: | |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 06/04/1996 |
| Last Return Date: | |
| Extended Stay Date: | 08/03/1996 |
| Extended Stay Privileges? | |
| Release Date: | 02/04/2055 |
| 120 Day Date: | 10/07/2054 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | |
| Group Work: | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

### Accommodation History

| | | |
|---|---|---|
| 07/07/2008 | Consultation | Read/Speak Slowly/Use Simple Language |

RECEIVED
JUN 08 2016
DSH APPEALS

RECEIVED
MAY 13 2016
DSH APPEALS

RECEIVED
CHCF
5 2016
CF APPEALS

Exhibit-2 Page 5 of 5

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Bobby James Williams_    CDCR# _K-08880_, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ _Salinas Valley STATE_ Prison,

in the county of _Soledad_,

State of California. My prison address is: _Bobby James Williams, Salinas Valley_,

_STATE Prison, P.O. Box 1050 Soledad, CA. 93960_.

On _2 04. 2018_,
(DATE)

I served the attached: _First Amended Complaint_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I ST, STE 4-200
SACRAMENTO, CALIFORNIA. 95814-2322

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
ATTN: ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
P.O. BOX 944255
1300 I S GREET SU. 14125
SACRAMENTO, CA 94244-2550

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _2 04. 2018_
(DATE)

_Mr. Bobby J. Williams_
(DECLARANT'S SIGNATURE)
BOBBY James Williams
IN Pro SE

Civ-69 (Rev. 9/97)                    ::ODMA\PCDOCS\WORDPERFECT\22832\1