1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **BOBBY JAMES WILLIAMS,**                    Case No. 2:16-cv-2567-EFB P
12
                                    Plaintiff,   **[~~PROPOSED~~] ORDER**
13
                   **v.**
14

15  **AJANI JACKSON, ,**

16                                  Defendant.

17

18        On April 13, 2018, Defendant Jackson filed a stipulated request for referral to mediation

19  and for a stay of proceedings.

20        **Pursuant to the parties' request**, this matter shall be referred to mediation and the

21  proceedings stayed until further order of this Court.

22        The Clerk is directed to serve a copy of this order on the court's ADR Division, Attention:

23  Sujean Park.

24  Dated:  April 16, 2018.

25                                    _____
                                      EDMUND F. BRENNAN
26                                    UNITED STATES MAGISTRATE JUDGE

27

28