UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AJANI JACKSON.,<br><br>Defendant. | No. 2:16-cv-2567-MCE-EFB P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983, against defendant Jackson. He has filed a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 79.

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed the notice of voluntary dismissal, defendant filed an answer. ECF No. 50. Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i). However, defendant may stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii).

1

Should defendant decline to stipulate, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that defendant shall have seven days to file and serve a stipulation to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii),[1] or to otherwise respond to plaintiff's motion to dismiss.

DATED: October 1, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendant so stipulates, the court will construe the parties' filings as a stipulation for voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii).